UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MORRIS J. WARREN,

        Petitioner,

v.

B.A. BLEDSOE, Warden,

        Respondent.

Case No. 3:08-CV-1657
(Judge Kosik)

## ORDER

NOW, this 14th day of December, 2009, IT APPEARING TO THE COURT THAT:

(1) On September 5, 2008, the petitioner, Morris J. Warren, filed the above-styled Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1);

(2) On November 19, 2009, we adopted the Magistrate Judge's Report and Recommendation and denied the Petition;

(3) Although the Petition was filed pursuant to 28 U.S.C. § 2241, the Magistrate Judge construed the Petition as one under 28 U.S.C. § 2254;

(4) In adjudicating a petition pursuant to § 2254, the district court must determine whether to issue a certificate of appealability;

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) For the reasons stated in our November 19, 2009 Memorandum and Order (Doc. 21), a certificate of appealability will not be issued.

                                      _____
                                      Edwin M. Kosik
                                      United States District Judge

1